UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THERESA LAGATELLA

    Plaintiff,

v.

WAL-MART STORES, INC., a Delaware
Corporation, d/b/a WAL-MART
SUPERCENTER,

    Defendant.

USDC Case No. _____
Hon: _____

Case No. 18-4736-NO
Hon. Carl J. Marlinga

---

| | |
|---|---|
| Brian E. Muawad (P41209)<br>Attorney for Plaintiff<br>Brian E. Muawad, P.C.<br>22330 Greater Mack Ave.<br>St. Clair Shores, MI 48080<br>(586) 778-8570 | Richard G. Szymczak (P29230)<br>Attorney for Defendant<br>PLUNKETT COONEY<br>38505 Woodward Ave., Ste. 100<br>Bloomfield Hills, MI 48304<br>(810) 342-7007<br>rszymczak@plunkettcooney.com |

---

### NOTICE OF FILING REMOVAL
### NOTICE OF REMOVAL TO FEDERAL COURT
### VERIFICATION
### CERTIFICATE OF SERVICE

---

                              Richard G. Szymczak (P29230)
                              Attorney for Defendant
                              PLUNKETT COONEY
                              38505 Woodward Ave., Ste. 100
                              Bloomfield Hills, MI 48304
                              (810) 342-7007
                              rszymczak@plunkettcooney.com

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF MACOMB

THERESA LAGATELLA

    Plaintiff,

v.

WAL-MART STORES, INC., a Delaware
Corporation, d/b/a WAL-MART
SUPERCENTER,

    Defendant.

USDC Case No. _____
Hon: _____

Case No. 18-4736-NO
Hon. Carl J. Marlinga

---

| | |
|---|---|
| Brian E. Muawad (P41209)<br>Attorney for Plaintiff<br>Brian E. Muawad, P.C.<br>22330 Greater Mack Ave.<br>St. Clair Shores, MI 48080<br>(586) 778-8570 | Richard G. Szymczak (P29230)<br>Attorney for Defendant<br>PLUNKETT COONEY<br>38505 Woodward Ave., Ste. 100<br>Bloomfield Hills, MI 48304<br>(810) 342-7007<br>rszymczak@plunkettcooney.com |

---

**NOTICE OF FILING REMOVAL**

---

| | |
|---|---|
| To: Brian E. Muawad, Esq.<br>     Brian E. Muawad, P.C.<br>     2233- Greater Mack Ave.<br>     St. clair Shores, MI 48080 | Macomb County Circuit Court<br>Clerk of the Court<br>40 No. Main St.<br>Mt. Clemens, MI 48043 |

**PLEASE TAKE NOTICE** that Defendant has this day filed a Notice of Removal, a copy of which is attached hereto, in the office of the Clerk of the United States District Court, Eastern District of Michigan, Southern Division.

          Respectfully submitted,

          PLUNKETT COONEY

          By: */s/Richard G. Szymczak*
              Richard G. Szymczak (P29230)
              Attorney for Defendant
              38505 Woodward Avenue, Suite 100
              Bloomfield Hills, Michigan  48304
              Phone | 248-594-5798
              Facsimile | 248-901-4040
              rszymczak@plunkettcooney.com

Dated:  January 11, 2019

## **PROOF OF SERVICE**

The undersigned certifies that on the 11th day of January, 2018, a copy of the foregoing document was served upon the attorney(s) of record in this matter at their stated business address as disclosed by the records herein via:

| | |
|---|---|
| ☐ Hand Delivery | ☐ Overnight Mail |
| ☐ U.S. Mail | ☐ Facsimile |
| ☐ E-Mail | ☒ Electronic E-File |

I declare under the penalty of perjury that the foregoing statement is true to the best of my information, knowledge and belief.

*/s/Denise Berry*
_____
Denise Berry

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THERESA LAGATELLA

    Plaintiff,

v.

WAL-MART STORES, INC., a Delaware
Corporation, d/b/a WAL-MART
SUPERCENTER,

    Defendant.

USDC Case No. _____
Hon: _____

Case No. 18-4736-NO
Hon. Carl J. Marlinga

---

| | |
|---|---|
| Brian E. Muawad (P41209)<br>Attorney for Plaintiff<br>Brian E. Muawad, P.C.<br>22330 Greater Mack Ave.<br>St. Clair Shores, MI 48080<br>(586) 778-8570 | Richard G. Szymczak (P29230)<br>Attorney for Defendant<br>PLUNKETT COONEY<br>38505 Woodward Ave., Ste. 100<br>Bloomfield Hills, MI 48304<br>(810) 342-7007<br>rszymczak@plunkettcooney.com |

---

**NOTICE OF REMOVAL TO FEDERAL COURT**

---

Defendant, by and through its attorneys of record, PLUNKETT COONEY and Richard G. Szymczak, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, file this Notice of Removal based upon the following reasons:

    1.    On or about December 12, 2018, Plaintiff filed a civil action in the Macomb County Circuit Court, State of Michigan, bearing Docket No. 28-4736-NO,

in which Theresa Lagatella is the Plaintiff and Wal-Mart Stores, Inc., d/b/a Wal-Mart Supercenter is the Defendant. A copy of the Complaint filed in the Macomb County Circuit Court is attached to this Notice of Removal as **Exhibit A.**

2. This action, as alleged in the Complaint, is a suit brought by Plaintiff against Defendant for negligence and premises liability.

3. This action is between citizens of different states. The Plaintiff is a resident of the County of Macomb, State of Michigan. (see Paragraph 1 of **Exhibit A**). Defendant is a corporation duly created and organized by and under the laws of the State of Delaware, with its principal place of business in Bentonville, Arkansas. Defendant is not a corporation created or organized under the laws of the State of Michigan and does not have its principal place of business in the State of Michigan.

4. The action filed by Plaintiff against Defendant is one involving complete diversity of citizenship under 28 U.S.C. § 1332 as a civil action between citizens of the State of Michigan and the States of Delaware and Arkansas.

5. Defendant asserts that it is more likely than not that the amount in controversy exceeds the jurisdictional requirements of 28 U.S.C. § 1332(a) if Plaintiff prevails on her claims, based upon the relief specifically sought in Plaintiff's Complaint, wherein the total damages would be in excess of

$75,000.00. This assertion is based upon Plaintiff's Complaint, which sets forth allegations that she sustained injuries to her right hip and leg, shoulders, neck, and extensions thereof, as well as injuring the muscles, cords, tendons and other fibers contained therein; she further sustained an aggravation, precipitation, lighting and flaring up of underlying, quiescent and dormant conditions that she further alleges will precipitate disability and that all of her injuries mentioned above are of a permanent and incurable nature.

6. This Notice of Removal is timely filed within thirty (30) days after the Complaint was filed and served upon Defendants, as the Complaint was served by certified mail on December 17, 2018.

7. A written notice of this Removal has been filed with the Clerk of the Court for the Macomb County Circuit Court, State of Michigan, as provided by law.

8. Plaintiff has asked for unlimited damages in her Complaint.

8. Based upon the foregoing, Defendant is entitled to removal of this action to the United States District Court for the Eastern District of Michigan, under 28 U.S.C. § 1441, *et seq*.

**WHEREFORE**, Defendant respectfully requests that it be allowed to effect removal of the within action from the 16th Circuit Court for the County of

Macomb, State of Michigan, to the United States District Court for the Eastern District of Michigan.

          Respectfully submitted,

          PLUNKETT COONEY

          By: */s/Richard G. Szymczak*
              Richard G. Szymczak (P29230)
              Attorney for Defendant
              38505 Woodward Avenue, Suite 100
              Bloomfield Hills, Michigan 48304
              Phone | 248-594-5798
              Facsimile | 248-901-4040
              rszymczak@plunkettcooney.com

Dated: January 11, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THERESA LAGATELLA

    Plaintiff,

v.

WAL-MART STORES, INC., a Delaware
Corporation, d/b/a WAL-MART
SUPERCENTER,

    Defendant.

USDC Case No. _____
Hon: _____

Case No. 18-4736-NO
Hon. Carl J. Marlinga

---

| Brian E. Muawad (P41209)<br>Attorney for Plaintiff<br>Brian E. Muawad, P.C.<br>22330 Greater Mack Ave.<br>St. Clair Shores, MI 48080<br>(586) 778-8570 | Richard G. Szymczak (P29230)<br>Attorney for Defendant<br>PLUNKETT COONEY<br>38505 Woodward Ave., Ste. 100<br>Bloomfield Hills, MI 48304<br>(810) 342-7007<br>rszymczak@plunkettcooney.com |
|---|---|

---

**VERIFICATION**

---

RICHARD G. SZYMCZAK, first being duly sworn, states that he is the attorney for Defendant and that the foregoing Notice of Removal is true in substance and in fact to the best of his knowledge, information and belief.

Respectfully submitted,

PLUNKETT COONEY

By: */s/Richard G. Szymczak*
Richard G. Szymczak (P29230)
Attorney for Defendant
38505 Woodward Avenue, Suite 100
Bloomfield Hills, Michigan 48304
Phone | 248-594-5798
Facsimile | 248-901-4040
rszymczak@plunkettcooney.com

Dated: January 11, 2019

2

NOTICE OF FILING REMOVAL TO FEDERAL COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THERESA LAGATELLA

    Plaintiff,

v.

WAL-MART STORES, INC., a Delaware
Corporation, d/b/a WAL-MART
SUPERCENTER,

    Defendant.

USDC Case No. _____
Hon: _____

Case No. 18-4736-NO
Hon. Carl J. Marlinga

---

| | |
|---|---|
| Brian E. Muawad (P41209)<br>Attorney for Plaintiff<br>Brian E. Muawad, P.C.<br>22330 Greater Mack Ave.<br>St. Clair Shores, MI  48080<br>(586) 778-8570 | Richard G. Szymczak (P29230)<br>Attorney for Defendant<br>PLUNKETT COONEY<br>38505 Woodward Ave., Ste. 100<br>Bloomfield Hills, MI  48304<br>(810) 342-7007<br>rszymczak@plunkettcooney.com |

---

**CERTIFICATE OF SERVICE**

---

I hereby certify that on January 11, 2019, I electronically filed ***Defendant's Notice of Filing Removal, Notice of Removal to Federal Court, Verification, and Certificate of Service*** with the Clerk of the Court using the ECF system, or in the alternative, I have mailed by United States Postal Service to any parties that are not ECF participants.

Respectfully submitted,

PLUNKETT COONEY


By: */s/Richard G. Szymczak*
Richard G. Szymczak (P29230)
Attorney for Defendant
38505 Woodward Avenue, Suite 100
Bloomfield Hills, Michigan  48304
Phone | 248-594-5798
Facsimile | 248-901-4040
rszymczak@plunkettcooney.com

Dated:  January 11, 2019

2

NOTICE OF FILING REMOVAL TO FEDERAL COURT