UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THERESA LAGATELLA

    Plaintiff,

v.                                                              USDC Case No. 2:19-cv-10110
                                                                Hon: Terrence G. Berg
WAL-MART STORES, INC., a Delaware
Corporation, d/b/a WAL-MART
SUPERCENTER,

    Defendant.

---

| | |
|---|---|
| Brian E. Muawad (P41209)<br>Attorney for Plaintiff<br>Brian E. Muawad, P.C.<br>22330 Greater Mack Ave.<br>St. Clair Shores, MI  48080<br>(586) 778-8570 | Richard G. Szymczak (P29230)<br>Attorney for Defendant<br>PLUNKETT COONEY<br>38505 Woodward Ave., Ste. 100<br>Bloomfield Hills, MI  48304<br>(810) 342-7007<br>rszymczak@plunkettcooney.com |

---

## STIPULATION OF DISMISSAL
_____

The parties hereto, by their respective counsel, hereby stipulate and agree to the entry of the attached Order dismissing Plaintiff's action against DEFENDANT, WAL-MART STORES, INC., a Delaware Corporation, d/b/a WAL-MART SUPERCENTER, with prejudice and without costs, interest or attorney fees to any party.

Brian E. Muawad, P.C. PLUNKETT COONEY

By: _/s/ Brian E. Muawad_  By: _/s/ Richard G. Szymczak_
   Brian E. Muawad (P41209)    Richard G. Szymczak (P29230)
   Attorney for Plaintiff    Attorney for Defendant


Dated:  May 29, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THERESA LAGATELLA

    Plaintiff,

v.                                                                           USDC Case No. 2:19-cv-10110
                                                                             Hon:  Terrence G. Berg

WAL-MART STORES, INC., a Delaware
Corporation, d/b/a WAL-MART
SUPERCENTER,

    Defendant.

_____

| | |
|---|---|
| Brian E. Muawad (P41209)<br>Attorney for Plaintiff<br>Brian E. Muawad, P.C.<br>22330 Greater Mack Ave.<br>St. Clair Shores, MI  48080<br>(586) 778-8570 | Richard G. Szymczak (P29230)<br>Attorney for Defendant<br>PLUNKETT COONEY<br>38505 Woodward Ave., Ste. 100<br>Bloomfield Hills, MI  48304<br>(810) 342-7007<br>rszymczak@plunkettcooney.com |

_____

**ORDER OF DISMISSAL**
_____

    Upon the reading and filing of the foregoing stipulation of the parties; and the Court being otherwise fully advised in the premises;

    **IT IS HEREBY ORDERED** that this case is hereby dismissed with prejudice and without costs, interests or attorney fees to either party.

This is a final order and resolves the last pending claims in this matter and closes the case.

　　　　　　　　　　　　　　　　　　　/s/Terrence G. Berg
　　　　　　　　　　　　　　　　　　Hon. Terrence G. Berg
　　　　　　　　　　　　　　　　　　United States District Judge
Dated: May 29, 2020